IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH SAMSON RIVERS,

    Plaintiff,

v.                                                            16cv555 KG/WPL

EMILY YOUNGER and
KRQE-TV NEWS 13,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On January 25, 2017, the Court entered an Order setting a telephonic status conference for April 25, 2017, at 1:30 p.m. (Doc. 35.) The Court held the status conference; defense counsel appeared, but pro se Plaintiff Joseph Rivers did not.

IT IS THEREFORE ORDERED that Plaintiff Joseph Rivers show cause, in writing, why he failed to appear for the status conference on April 25, 2017. **Mr. Rivers will file his response on CM/ECF within 14 days, or by May 9, 2017**. Failure to respond to this Order, or any future non-compliance with the Court's orders, will result in the Court recommending to Judge Gonzales that this case be dismissed with prejudice.

                                                                _____
                                                                 William P. Lynch
                                                                 United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.