IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH SAMON RIVERS,

    Plaintiff,

v.                                                  16cv555 KG/WPL

EMILY YOUNGER and KRQE-TV NEWS 13,

    Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND
RECOMMENDED DISPOSITION**

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed June 29, 2017. (Doc. 52.) The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. (*Id.* at 3.) To this date, no objections have been filed.

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the case is dismissed with prejudice under Federal Rule of Civil Procedure 41(b).

_____
UNITED STATES DISTRICT JUDGE