IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOSEPH SAMON RIVERS,

       Plaintiff,

v.                                                    16cv555 KG/WPL

EMILY YOUNGER and KRQE-TV NEWS 13,

       Defendants.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the order entered on this date, this cause is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE